# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**MICHAEL YATES,**

                    **Petitioner,**

   **v.**

**ANA BOATWRIGHT, Warden,**
**New Lisbon Correctional Institution,**

                 **Respondent.**

**JUDGMENT IN A CIVIL CASE**

**08-cv-357-slc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition of Michael Yates for a writ of habeas corpus filed on June 19, 2008 is DISMISSED

because it is an unauthorized successive collateral attack on his 1998 conviction.

**JOEL W. TURNER**

_____

**Joel W. Turner, Acting Clerk**

**Connie A. Korth**                                    **7/10/08**

_____    _____

**by Deputy Clerk**                                    **Date**